UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   18cv10947 (DLC)
JANET SANCHEZ,                           :
                                         :   ORDER OF
                     Plaintiff,          :   DISCONTINUANCE
                                         :
          -v-                            :
                                         :
P&S SELECT FOODS INC., ANTHONY MILLAN,   :
individually, RAY MILLAN, SENIOR,        :
individually, and RAY MILLAN, JUNIOR,    :
individually,                            :
                                         :
                     Defendants.         :
                                         :
---------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2019

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **December 12, 2019**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          November 12, 2019

                                  _____
                                          DENISE COTE
                                  United States District Judge